Rick Hernandez
Hernandez Law Offices, P.S.
440 S. 6th St. P.O. Box 1039
Sunnyside, WA 98944
(509) 837-3184

Attorney for Nick George Berry

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| | } |
| Plaintiff, | } No. CR08-5278BHS |
| | } |
| vs. | } ORDER GRANTING |
| | } UNOPPOSED MOTION FOR |
| | } EXTENSION OF TIME TO |
| NICK GEORGE BERRY, | } TO FILE PRE-TRIAL |
| | } MOTIONS |
| | } |
| Defendant. | } |

An unopposed motion for an extension to file pre-trial motions was presented on July 30, 2008. This order memorializes the Court's decision.

IT IS HEREBY ORDERED:

    1.    Defense counsel's unopposed motion to extend the time to file pre-trial motions is GRANTED.

2.     The pre-trial motion deadline is extended to August 29, 2008.

DATED this 1st day of August, 2008.

_____

BENJAMIN H. SETTLE
United States District Judge