The Honorable Benjamin H. Settle

Rick Hernandez
Hernandez Law Offices, P.S.
440 S. 6th St. P.O. Box 1039
Sunnyside, WA 98944
(509) 837-3184

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR08-5278BHS |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS |
| NICK GEORGE BERRY, | |
| Defendant. | |

A motion for extension of time to file pre-trial motions was presented on August 28, 2008. This order memorializes the Court's decision.

IT IS HEREBY ORDERED:

    1.    Defense counsel's Motion to Extend the Time to File Pre-Trial Motions is GRANTED and the pre-trial motion deadline is extended to September 22, 2008.

DATED this 2nd day of September, 2008.

*/s/ Benjamin H. Settle*
_____

(PROPOSED) ORDER

BENJAMIN H. SETTLE
United States District Judge