UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5278BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO SEAL |
| NICK BERRY, | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's Motion to Seal (Dkt. 37). Defendant moves the Court to seal his motion to continue the trial dates and the accompanying declarations. Dkts. 38 and 39. The Court finds good cause to seal these documents because the documents contain sensitive information.

It is so **ORDERED**.

_/s/ Benjamin H. Settle_

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1