UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5278BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION FOR DISCOVERY |
| NICK BERRY, | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's unopposed motion for discovery. Dkt. 28. The motion is granted.

DATED this 29th day of October, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1